UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHIRELLE GREEN, : Civil Action 10-2712(WJM)

        Plaintiff, :

  -vs- : ORDER

COMMISSIONER OF SOCIAL :
SECURITY,
 :
        Defendant.
 :

Upon reading the affidavit of Plaintiff requesting that she be permitted to proceed *in forma pauperis*:

IT IS on this / day of June, 2010;

ORDERED that Plaintiff be permitted to proceed without prepayment of fees or costs or security therefor, in accordance with Section 1915 (a), Title 28, United States Code; and it is further

ORDERED that the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the complaint and summons upon Defendant, pursuant to 28 U.S.C. §1915(d), with all costs of service advanced by the United States.

                                      WILLIAM J. MARTINI, U.S.D.J.

DNJ-Civ-011